IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTIN MCCUE, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br> -against-<br><br>MB FINANCIAL, INC. and MB FINANCIAL BANK, N.A.,<br><br>     Defendants. | No. 15 Civ. 988 (SJC)(JC) |

**PLAINTIFF'S UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT, CONDITIONAL CERTIFICATION OF THE RULE 23 CLASS AND FLSA COLLECTIVE FOR SETTLEMENT PURPOSES, APPOINTMENT OF PLAINTIFF'S COUNSEL AS CLASS COUNSEL, AND APPROVAL OF PLAINTIFF'S PROPOSED NOTICE OF SETTLEMENT**

  For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Approval of Class And Collective Action Settlement, Conditional Certification of the Rule 23 Class and FLSA Collective for Settlement Purposes, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Plaintiff's Proposed Notice of Settlement, ("Motion for Preliminary Approval"), and the Declaration of Justin M. Swartz in Support of Plaintiff's Motion for Preliminary Approval ("Swartz Declaration"), Plaintiff respectfully requests that the Court enter an Order:

  (1)  granting preliminary approval of the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as **Exhibit D** to the Swartz Declaration;

  (2)  conditionally certifying the following settlement class under Fed. R. Civ. P. 23(a) and (b)(3) for purposes of effectuating the settlement:

All current and former Customer Service Managers or Customer Service Manager Banking Specialists who worked at Defendants' branch locations between March 1, 2011 and November 8, 2014.

 (3) appointing Outten & Golden LLP, the Shavitz Law Group, P.A., and The Liu Law Firm, P.C. as Class Counsel;

 (4) approving the proposed Notice of Proposed Settlement of Class and Collective Action Lawsuit and Fairness Hearing, attached as **Exhibit A** to the Swartz Declaration;

 (5) approving the Parties' proposed schedule for final settlement approval;

 (7) granting such other, further, or different relief as the Court deems just and proper.

* * *

Plaintiff has contemporaneously submitted a Proposed Order, attached hereto as **Exhibit A**, for the Court's convenience.

Dated:  February 9, 2015
     New York, New York

             Respectfully submitted,

         By: */s/ Justin M. Swartz*
           **OUTTEN & GOLDEN LLP**
           Justin M. Swartz
           Chauniqua Young (*pro hac vice* application
             forthcoming)
           3 Park Avenue, 29th Floor
           New York, New York 10016
           Telephone: (212) 245-1000
           Facsimile: (646) 509-2060

           Paul W. Mollica
           Outten & Golden LLP
           161 North Clark Street, Suite 4700
           Chicago, IL 60601
           Telephone: (312) 809-7010
           Facsimile: (312) 809-7011

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (*pro hac vice* application pending)
Paolo C. Meireles (*pro hac vice* application
    pending)
1515 S. Federal Highway, Suite 404
Boca Raton, FL 33432
Telephone:   (561) 447-8888
Facsimile:   (561) 447-8831

**THE LIU LAW FIRM, P.C.**
Jennifer Liu (*pro hac vice* application forthcoming)
324 Day Street
San Francisco, CA 94131
Telephone:   (415) 896-4260
Facsimile:   (415) 231-0011

*Attorneys for Plaintiff and the Putative Class and Collective*