UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTIN MCCUE, on behalf of herself and all others similarly situated,<br><br>                     Plaintiff,<br><br>  -against-<br><br>MB FINANCIAL, INC. and MB FINANCIAL BANK, N.A.,<br><br>                     Defendants. | No. 15 Civ. 988 (SJC) (JC) |

**UNCONTESTED MOTION FOR ENLARGEMENT OF LENGTH OF
PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS'
<u>FEES AND REIMBURSEMENT OF EXPENSES</u>**

Plaintiff respectfully requests that the Court enlarge Plaintiff's page limit for her Motion for Approval of Attorneys' Fees and Reimbursement of Expenses from 15 to 19 pages. In support of her uncontested motion, Plaintiff states as follows:

     1.     The Court granted Preliminary Approval of the parties' Settlement Agreement on March 6, 2015. *See* ECF No. 23.

     2.     Pursuant to the parties' Settlement Agreement, ECF No. 17-4 at ¶ 3.2, Plaintiff will petition the Court for Approval of Attorneys' Fees and Reimbursement of Expenses.

     3.     Plaintiff respectfully submits that an enlargement of Plaintiff's page limit for her motion for attorneys' fees and costs is warranted to give Plaintiff sufficient space to address the Seventh Circuit's recent decisions in *Redmond v. RadioShack Corp.*, 769 F.3d 662 (7th Cir. 2014), *Pearson v. NBTY, Inc.*, 772 F.3d 778 (7th Cir. 2014), and *Eubank v. Pella Corp.*, 753 F.3d

718 (7th Cir. 2014), which directly bear upon Plaintiff's Motion for Approval of Attorneys' Fees and Reimbursement of Expenses.

    4.    Defendants consent to Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests that the Court enlarge Plaintiff's page limit for her Motion for Approval of Attorneys' Fees and Reimbursement of Expenses from 15 to 19 pages.

Respectfully submitted,

Dated:    April 7, 2015
            New York, New York

                                      */s/ Justin M. Swartz*

                                      **OUTTEN & GOLDEN LLP**
Justin M. Swartz
Chauniqua Young (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Paul W. Mollica
Outten & Golden LLP
161 North Clark Street, Suite 4700
Chicago, IL 60601
Telephone: (312) 809-7010
Facsimile: (312) 809-7011

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (*pro hac vice*)
Paolo C. Meireles (*pro hac vice*)
1515 S. Federal Highway, Suite 404
Boca Raton, FL 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

**THE LIU LAW FIRM, P.C.**
Jennifer Liu (*pro hac vice*)
324 Day Street
San Francisco, CA 94131

Telephone: (415) 896-4260
Facsimile: (415) 231-0011

***Attorneys for Plaintiff and the Class and Collective***