UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTIN MCCUE, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br> -against-<br><br>MB FINANCIAL, INC. and MB FINANCIAL BANK, N.A.,<br><br>      Defendants. | No. 15 Civ. 988 (SJC) (JC) |

**PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND MOTION <u>FOR APPROVAL OF SERVICE AWARD</u>**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Approval of Attorneys' Fees and Reimbursement of Expenses ("Fees Brief"), the Memorandum of Law in Support of Plaintiff's Motion for Approval of Service Award ("Service Award Brief"), the Declaration of Justin M. Swartz in Support of Plaintiff's Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, and the exhibits attached thereto, and the Declarations of Gregg I. Shavitz, Jennifer Liu, Paul W. Mollica, and Douglas M. Werman, and the exhibits attached thereto, Plaintiff respectfully requests that the Court enter an Order:

 (1) granting approval of the attorneys' fees and costs sought by Class Counsel as explained in the Fees Brief; and

 (2) granting approval of the service award for Named Plaintiff as explained in the Service Award Brief.

Respectfully submitted,

Dated: April 13, 2015
New York, New York

/s/ *Justin M. Swartz*

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Chauniqua Young (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, New York 10016
Telephone: (212) 245-1000
Facsimile: (212) 977-4005

Paul W. Mollica
Outten & Golden LLP
161 North Clark Street, Suite 4700
Chicago, IL 60601
Telephone: (312) 809-7010
Facsimile: (312) 809-7011

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (*pro hac vice*)
Paolo C. Meireles (*pro hac vice*)
1515 S. Federal Highway, Suite 404
Boca Raton, FL 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

**THE LIU LAW FIRM, P.C.**
Jennifer Liu (*pro hac vice*)
324 Day Street
San Francisco, CA 94131
Telephone: (415) 896-4260
Facsimile: (415) 231-0011

*Attorneys for Plaintiff and the Class and Collective*