UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTIN MCCUE, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br> -against-<br><br>MB FINANCIAL, INC. and MB FINANCIAL BANK, N.A.,<br><br>       Defendants. | No. 15 Civ. 988 (SJC) (JC) |

**UNCONTESTED MOTION FOR ENLARGEMENT OF LENGTH OF
PLAINTIFF'S MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND
FINAL APPROVAL OF THE CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff respectfully requests that the Court enlarge Plaintiff's page limit for her Uncontested Motion for Certification of the Settlement Class and Final Approval of the Class and Collective Action Settlement ("Final Approval Motion"), from 15 to 21 pages. In support of her uncontested motion, Plaintiff states as follows:

1. The Court granted Preliminary Approval of the parties' Settlement Agreement on March 6, 2015. *See* ECF No. 23.

2. Plaintiff respectfully submits that an enlargement of Plaintiff's page limit for her Final Approval Motion is warranted to give Plaintiff sufficient space to fully explain the settlement and advocate for its approval.

3. Defendants consent to Plaintiff's request.

WHEREFORE, Plaintiff respectfully requests that the Court enlarge Plaintiff's page limit for her Final Approval Motion from 15 to 21 pages.

Dated: June 25, 2015
New York, New York          Respectfully submitted,

*/s/ Justin M. Swartz*

**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Chauniqua Young (*pro hac vice*)
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

Paul W. Mollica
Outten & Golden LLP
161 North Clark Street, Suite 4700
Chicago, IL 60601
Telephone: (312) 809-7010
Facsimile: (312) 809-7011

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (*pro hac vice*)
Paolo C. Meireles (*pro hac vice*)
1515 S. Federal Highway, Suite 404
Boca Raton, FL 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

**THE LIU LAW FIRM, P.C.**
Jennifer Liu (*pro hac vice*)
324 Day Street
San Francisco, CA 94131
Telephone: (415) 896-4260
Facsimile: (415) 231-0011

*Attorneys for Plaintiff and the Class and Collective*