UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTIN MCCUE, on behalf of herself and all others similarly situated, | |
| Plaintiff, | No. 15 Civ. 988 (SJC) (JC) |
| -against- | Hon. Sharon J. Coleman |
| MB FINANCIAL, INC. and MB FINANCIAL BANK, N.A., | |
| Defendants. | |

**UNCONTESTED MOTION FOR ENLARGEMENT OF LENGTH OF
PLAINTIFF'S MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND
FINAL APPROVAL OF THE CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff respectfully requests that the Court enlarge Plaintiff's page limit for her Motion for Certification of the Settlement Class and Final Approval of the Class and Collective Action Settlement ("Final Approval Motion"), from 15 to 21 pages.

In support of her uncontested motion, Plaintiff states as follows:

1. The Court granted Preliminary Approval of the parties' Settlement Agreement on March 6, 2015. *See* ECF No. 23.

2. Plaintiff respectfully submits that an enlargement of Plaintiff's page limit for her Final Approval Motion is warranted to give Plaintiff sufficient space to fully explain the settlement and advocate for its approval.

3. Defendants consent to Plaintiff's request.

4. Plaintiff's counsel initially filed this motion for enlargement of pages on June 25, 2015, *see* ECF Nos. 40 and 41, but were notified by email today that the Court is not available to

hear Plaintiff's motion on her previously requested date. Plaintiff herein respectfully proposes a new date to be heard on this motion.

WHEREFORE, Plaintiff respectfully requests that the Court enlarge Plaintiff's page limit for her Final Approval Motion from 15 to 21 pages.

Dated:   June 29, 2015
         New York, New York      Respectfully submitted,


                                 */s/ Justin M. Swartz*

                                 **OUTTEN & GOLDEN LLP**
                                 Justin M. Swartz
                                 Chauniqua Young (*pro hac vice*)
                                 3 Park Avenue, 29th Floor
                                 New York, NY 10016
                                 Telephone: (212) 245-1000
                                 Facsimile: (646) 509-2060

                                 Paul W. Mollica
                                 Outten & Golden LLP
                                 161 North Clark Street, Suite 4700
                                 Chicago, IL 60601
                                 Telephone: (312) 809-7010
                                 Facsimile: (312) 809-7011

                                 **SHAVITZ LAW GROUP, P.A.**
                                 Gregg I. Shavitz (*pro hac vice*)
                                 Paolo C. Meireles (*pro hac vice*)
                                 1515 S. Federal Highway, Suite 404
                                 Boca Raton, FL 33432
                                 Telephone: (561) 447-8888
                                 Facsimile: (561) 447-8831

                                 **THE LIU LAW FIRM, P.C.**
                                 Jennifer Liu (*pro hac vice*)
                                 324 Day Street
                                 San Francisco, CA 94131
                                 Telephone: (415) 896-4260
                                 Facsimile: (415) 231-0011

                                 *Attorneys for Plaintiff and the Class and Collective*