UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTIN MCCUE, on behalf of herself and all others similarly situated, | |
| Plaintiff, | No. 15 Civ. 988 |
| -against- | Hon. Sharon J. Coleman |
| MB FINANCIAL, INC. and MB FINANCIAL BANK, N.A., | |
| Defendants. | |

**MOTION FOR LEAVE TO FILE INSTANTER**

Undersigned counsel for the Plaintiff respectfully requests leave to file instanter Plaintiff's Motion for Certification of the Settlement Class and Final Approval of the FLSA Collective and Rule 23 Class Action Settlement and Approval of Attorneys' Fees, Reimbursement of Expenses and Service Award ("Motion for Final Approval"), and the supporting documents, which are attached to this Motion. The Court today granted permission for an enlargement of the page limit of the Motion for Final Approval. *See* ECF No. 44.

Due to an error in our understanding of the local rules, Counsel for the Plaintiff missed the June 29, 2015 deadline to file our Motion for Final Approval. The deadline was so-ordered by the Court on March 6, 2015. *See McCue v. MB Fin., Inc.*, No. 15 Civ. 00988, 2015 WL 1020348 (N.D. Ill. Mar. 6, 2015).

Counsel for Defendants do not oppose this request.

WHEREFORE, Plaintiff respectfully requests that the Court grant leave to file instanter Plaintiff's Motion for Final Approval and supporting documents.

Dated: June 30, 2015
New York, New York     Respectfully submitted,


     /s/ Justin M. Swartz

     **OUTTEN & GOLDEN LLP**
     Justin M. Swartz
     Chauniqua Young (*pro hac vice*)
     3 Park Avenue, 29th Floor
     New York, NY 10016
     Telephone: (212) 245-1000
     Facsimile: (646) 509-2060

     Paul W. Mollica
     Outten & Golden LLP
     161 North Clark Street, Suite 4700
     Chicago, IL 60601
     Telephone: (312) 809-7010
     Facsimile: (312) 809-7011

     **SHAVITZ LAW GROUP, P.A.**
     Gregg I. Shavitz (*pro hac vice*)
     Paolo C. Meireles (*pro hac vice*)
     1515 S. Federal Highway, Suite 404
     Boca Raton, FL 33432
     Telephone: (561) 447-8888
     Facsimile: (561) 447-8831

     **THE LIU LAW FIRM, P.C.**
     Jennifer Liu (*pro hac vice*)
     324 Day Street
     San Francisco, CA 94131
     Telephone: (415) 896-4260
     Facsimile: (415) 231-0011

     *Attorneys for Plaintiff and the Class and Collective*