IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRISTIN MCCUE, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>    -against-<br><br>MB FINANCIAL, INC. and MB FINANCIAL BANK, N.A.,<br><br>                Defendants. | No. 15 Civ. 988<br><br>Hon. Sharon J. Coleman |

**PLAINTIFF'S MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS, FINAL APPROVAL OF THE FLSA COLLECTIVE AND RULE 23 CLASS ACTION SETTLEMENT, AND APPROVAL OF ATTORNEYS' FEES, <u>REIMBURSEMENT OF EXPENSES, AND SERVICE AWARD</u>**

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Certification of the Settlement Class and Final Approval of the FLSA Collective and Rule 23 Class Action Settlement, Plaintiff's Supplemental Memorandum of Law in Support of Plaintiff's Motion for Approval of Attorneys' Fees and Reimbursement of Expenses, Class Counsel's supporting declarations and exhibits submitted herein, and Plaintiff's Motion for Approval of Attorneys' Fees, Reimbursement of Expenses, and Service Award and supporting documents (ECF Nos. 28-36), Plaintiff respectfully requests that the Court enter an Order:

(1) approving the Parties' $800,000.00 settlement as set forth in the Settlement Agreement;

(2) approving as fair and adequate the class-wide settlement of this action as set forth in the Settlement Agreement;

(3) approving the FLSA Settlement;

(4) granting approval of the attorneys' fees and costs sought by Class Counsel;

(5) granting approval of the service award for Named Plaintiff; and

(6) incorporating the terms of the Settlement Agreement, except as amended by the Proposed Order Granting Final Approval.

Plaintiff's Proposed Order Granting Final Approval is attached as **Exhibit A** to this Motion.

Dated: July 7, 2015
New York, New York

Respectfully submitted,

*/s/ Justin M. Swartz*
**OUTTEN & GOLDEN LLP**
Justin M. Swartz
Chauniqua Young (admitted *pro hac vice*)
3 Park Avenue, 29th Floor
New York, NY 10016
Telephone: (212) 245-1000
Facsimile: (646) 509-2060

Paul W. Mollica
61 North Clark Street
Suite 4700
Chicago, IL 60601
Telephone: (312) 809-7010
Facsimile: (646) 509-2075

**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz (admitted *pro hac vice*)
Paolo C. Meireles (admitted *pro hac vice*)
1515 S. Federal Highway, Suite 404
Boca Raton, FL 33432
Telephone: (561) 447-8888
Facsimile: (561) 447-8831

**THE LIU LAW FIRM, P.C.**
Jennifer L. Liu (admitted *pro hac vice*)
324 Day Street
San Francisco, CA 94131
Telephone: (415) 896-4260
Facsimile: (415) 231-0011

*Attorneys for Plaintiff and the Class and Collective*